IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3319

MICHAEL ANTHONY
BLANKENSHIP,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Michael Anthony Blankenship, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.